

# NUMBER 13-20-00475-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

JAMES F. MCKINNON,                                                    Appellant,

v.

JUDGE STEPHEN B. ABLES,                                               Appellee.

### On appeal from the 216th District Court
### of Gillespie County, Texas.

# MEMORANDUM OPINION

### Before Justices Benavides, Hinojosa, and Silva
### Memorandum Opinion by Justice Benavides

This cause is before the Court on its own motion.[1] On January 25, 2021, the Clerk

of this Court notified appellant that the clerk's record was past due. Appellant was further

advised that unless proof of arrangements to pay for the clerk's record were provided to

---

[1] This case is before the Court on transfer from the Fourth Court of Appeals in San Antonio pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001.

this Court within ten days, the appeal was subject to dismissal. *See* TEX. R. APP. P. 37.3(b).

On February 2, 2021, appellant filed an unrelated correspondence which neither addresses his failure pay for the clerk's record nor addresses the court's notice. On March 3, 2021, the trial court clerk informed the clerk of this court that appellant has not made payment arrangements nor made a deposit for the clerk's record. Accordingly, the appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 42.3(b), (c).

GINA M. BENAVIDES
Justice

Delivered and filed on the
11th day of March, 2021.